Katessa M. Charles (SBN 146922)
*Katessa.Charles@jacksonlewis.com*
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430

Stephanie Joy M. Tanada (SBN 257769)
JACKSON LEWIS P.C.
200 Spectrum Center Drive, Suite 500
Irvine, California 92618
Telephone: (949) 885-1360
Facsimile: (949) 885-1380
*Stephanie.Tanada@jacksonlewis.com*

Attorneys for Defendant
DURHAM SCHOOL SERVICES, L.P.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMARA WILHITE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DURHAM SCHOOL SERVICES, L.P.; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. 5:22-cv-270<br><br>[San Bernardino Superior Court Case No. CIVSB2130586]<br><br>**DECLARATION OF CARRIE STEBEN IN SUPPORT OF DEFENDANT NATIONAL EXPRESS TRANSIT CORPORATION'S REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. §§ 1332, 1441, AND 1446 (DIVERSITY)**<br><br>*[Filed concurrently with the Civil Cover Sheet; Notice of Removal; Declaration of Stephanie J. Tanada in Support of Removal; Corporate Disclosure Statement; Notice of Interested Parties; and Notice of Related Cases]*<br><br>Complaint Filed: October 22, 2021<br>Trial Date: Not Set |

I, Carrie Steben, declare and state as follows:

1. I am over the age of 18 years old. I make this declaration in support of Defendant Durham School Services, L.P's Notice of Removal of Action. The following is based on my personal knowledge, and if called as a witness, I could and would competently testify to the facts contained herein.

2. I am the Vice President of Human Resources for National Express Transit Corporation ("National Express"), which is a parent company of Defendant Durham School Services, L.P. I have been employed in this position of Vice President of Human Resources since August 30, 2021. In this capacity, I have knowledge of the manner in which Durham School Services, L.P. maintains employee personnel files and contractor services files for Durham School Services, L.P. in the ordinary course of business. I also have access to payroll, personnel and contractor services records of Durham School Services, L.P., including those of Samara Wilhite, which have been maintained by Durham School Services, L.P. in the ordinary course of business. I have reviewed the files necessary to provide the information set forth in this declaration.

3. Ms. Wilhite was a bus driver with Durham School Services, L.P. beginning in June 2010 and ending in October 2012. She began employment again with Durham School Services, L.P. in October of 2014 and ending on October 31, 2019. In her capacity as an employee, Ms. Wilhite worked at 1355 South E Street in the City of San Bernardino, County of San Bernardino, California. When applying to work for, and throughout her employment with, Durham School Services, L.P., Ms. Jackson identified, and maintained, California as her state of residence. Ms. Jackson did not and has not informed Durham School Services, L.P. of any change in her address. The last known address provided to Durham School Services, L.P. by Ms. Wilhite for purposes of her employment was in San Bernardino, California.

4. As of the date of the employment termination, which Ms. Wilhite alleges occurred on or about October 31, 2019, Ms. Wilhite's annual pay was

approximately $48,096.37. In addition to hourly pay, Ms. Wilhite received benefits from Durham School Services, L.P.. Further, Ms. Wilhite worked on a full-time basis during the last year of her employment with Durham School Services, L.P.

5. In my capacity as Vice President of Human Resources, I am familiar with the corporate structure, operations, place of incorporation and organization, and location of the headquarters for Durham School Services, L.P. ("Durham"). Durham is a limited partnership, organized under Delaware law, with its corporate offices located in Lisle, Illinois, and it is composed of two partners: Durham Holding I LLC and Durham Holding II LLC, both of which are limited liability companies organized under Delaware law with their principal places of business in Lisle, Illinois. The sole member of those limited liability companies is National Express, LLC which is a limited liability company organized under Delaware law with its principal place of business in Lisle, Illinois. The sole member of National Express, LLC is NE Durham UK Limited, which is a corporation organized under the laws of the United Kingdom, with its principal place of business in Birmingham, England.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of February, 2022 at Lisle, Illinois.

*Carrie Steben* (signature)
Carrie Steben
Vice President of Human Resources
National Express

# PROOF OF SERVICE

**CASE NAME:** *SAMARA WILHITE v. DURHAM SCHOOL SERVICES, L.P.*

**CASE NUMBER:**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is: 200 Spectrum Center Drive, Suite 500, Irvine, California 92618.

On February 11, 2022, I served the foregoing document described as:

**DECLARATION OF CARRIE STEBEN IN SUPPORT OF DEFENDANT NATIONAL EXPRESS TRANSIT CORPORATION'S REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. §§ 1332, 1441, AND 1446 (DIVERSITY)**

in this action by transmitting a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Michael J. Jaurigue<br>S. Sean Shahabi<br>Barbara DuVan-Clarke<br>300 West Glenoaks Boulevard, Suite 300<br>Glendale, CA 91202 | Attorneys for Plaintiff<br>Samara Wilhite<br><br>Phone: 818-630-7280<br>Fax: 818-879-1697<br>Email: sean@jlglawyers.com<br>barbara@jlglawyers.com<br>michael@jlglawyers.com<br>genicis@jlglawyers.com<br>drew@jlglawyers.com<br>service@jlglawyers.com |

E-service Agreement 1.13.22

**[X] BY E-MAIL OR ELECTRONIC TRANSMISSION** - Based on a Court order or on an agreement by the parties to accept service by e-mail or electronic transmission, I caused the document(s) described above to be sent from e-mail address carolina.rangel@jacksonlewis.com to the persons at the e-mail address listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[X] FEDERAL** - I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 11, 2022, at Irvine, California.

_____