JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMARA WILHITE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DURHAM SCHOOL SERVICES, L.P.; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | CASE NO.: 5:22-cv-00270-KK<br><br>Hon. Kenly Kiya Kato, Magistrate Judge<br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' stipulation, it is **ORDERED** that Plaintiff Samara Whilhite's claims are hereby **DISMISSED WITH PREJUDICE**. Each party is to bear their own attorney's fees and costs, in consideration of a negotiated settlement executed by the Parties.

**IT IS SO ORDERED.**

DATED: February 9, 2023

_____
The Honorable Kenly Kiya Kato
United States Magistrate Judge

1

ORDER ON
JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE